COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-10-091-CV

IN RE BRANDY ANN BOUNDS RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of habeas corpus and is of the opinion that all relief should be denied.  Accordingly, relator’s petition for habeas corpus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  WALKER and MCCOY, JJ.

DELIVERED:  March 30, 2010

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.